UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
HONG LIN,

                Plaintiff,

-against-

ALEJANDRO MAYORKAS, et al.,

                Defendants.
------------------------------------------------------------X

22 Civ. 711 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS on January 27, 2022, the Complaint for a Writ of Mandamus was filed. It is hereby

    **ORDERED** that the Government shall, by **March 18, 2022**, file a memorandum in opposition to the request for a writ of mandamus. The memorandum shall not exceed fifteen pages. Plaintiff shall, by **April 1, 2022**, file a reply memorandum that shall not exceed ten pages. The memoranda and other materials shall otherwise comply with the Court's Individual Rules.

Dated: February 16, 2022
       New York, New York

                                                LORNA G. SCHOFIELD
                                                UNITED STATES DISTRICT JUDGE